FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1
5:95cr5015LAC - UNITED STATES OF AMERICA vs. SERGIO GONZALEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                            Case No.5:95cr5015LAC

SERGIO GONZALEZ

_____

## ORDER

Your document, **LETTER TO CLERK OF COURT with attached documents**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 24th day of January, 2007.

                                                      s/*L.A. Collier*
                                                      LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE