# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                       CASE NO.  5:95cr5015LAC

SERGIO GONZALEZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  June 20, 2007
Motion/Pleadings:  MOTION CONCERNING RULE 35(b)
Filed by  DEFENDANT PRO SE      on 6/8/2007      Doc.# 532

RESPONSES:
BY GOVERNMENT              on 6/29/07      Doc.# 533
                           on              Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of July, 2007, that:*

*(a) The relief requested is **DENIED.***

*(b) The Court has no authority to accept defendant's cooperation or to file a Rule 35.*

                                                          s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                    *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.