FLN (Rev. 3/2007) Deficiency Order                                                                                   Page 1 of 1
5:95cr5015LAC - UNITED STATES OF AMERICA vs. SERGIO GONZALEZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.5:95cr5015LAC

SERGIO GONZALEZ

_____

## ORDER

Your document, **REPLY/TRAVERSE TO GOVERNMENT'S RESPONSE TO PETITIONER'S RULE 35(b) MOTION**, was referred to the undersigned with the following deficiencies:

>The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 13th day of July, 2007.

                            *s/L.A. Collier*
                            LACEY A. COLLIER
                            SENIOR UNITED STATES DISTRICT JUDGE